**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TED HALL                                                                                                PLAINTIFF

V.                                           3:10CV00082 JMM/JTR

TERRESA BONNER, Chief Jailer
Crittenden County Detention Center, et al.                              DEFENDANTS

**INITIAL SCHEDULING ORDER**

Defendants have filed their Answer providing, among other things, their correct names. *See* docket entry #21. The Court will direct the Clerk to amend the docket sheet accordingly. Additionally, the parties will be given 90 days to complete discovery and 120 days to file dispositive motions.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to amend the docket sheet to reflect that Defendant Terresa Bonner is "Theresa Bonner."

2. The parties shall complete discovery **on or before October 22, 2010**, and file any dispositive motions **on or before November 22, 2010.**

Dated this 6th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline