**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TED HALL                                                                                           PLAINTIFF

V.                                           3:10CV00082 JTR

THERESA BONNER, Chief Jailer
Crittenden County Detention Center, et al.                              DEFENDANTS

**ORDER**

On October 26, 2010, Plaintiff filed a Statement indicating that he has been released from custody and is currently residing at a private address in West Memphis, Arkansas. *See* docket entry #26. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2. Plaintiff shall file, **within thirty days of the entry of this Order,** an Amended Application to Proceed *In Forma Pauperis.*

3. Plaintiff is reminded that the failure to timely and properly comply with this Order will result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 29th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.